UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CALDWELL,<br><br>   Petitioner,<br><br>   v.<br><br>V. FOSS,<br><br>   Respondent. | No.  2:19-cv-00679-TLN-GGH<br><br>**ORDER** |

Petitioner John Caldwell ("Petitioner"), a state prisoner proceeding *pro se*, has filed a motion to reopen this closed habeas action.  (ECF No. 18.)

On June 29, 2020, the magistrate judge filed findings and recommendations which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 19.)  Neither party has filed objections to the findings and recommendations.

Accordingly, the Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed June 29, 2020 (ECF No. 19), are adopted in full;

2. Petitioner's motion to reopen this action (ECF No. 18) is DENIED; and

3. Any further filings from Petitioner in this closed case will be disregarded.

IT IS SO ORDERED.

DATED: August 30, 2020

                                                Troy L. Nunley
                                                United States District Judge